# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Immediato,<br><br>            Plaintiff(s),<br><br>     v.<br><br>United States Department of Veteran's Affairs,<br><br>            Defendant(s). | 07-03008 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
07-03008 MMC                                              -1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: August 29, 2007

10  RICHARD W. WIEKING
    Clerk
11  by:     Timothy J. Smagacz

12  *Timothy Smagacz* (signature)

13  ADR Administrative Assistant
    415-522-4205
14  Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

---

**Notice Re: Noncompliance With Court Order**
07-03008 MMC                                    -2-

PROOF OF SERVICE

Case Name:      Immediato v. United States Department of Veteran's Affairs

Case Number:    07-03008 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On August 29, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Michael Sachs
>   Adams Nye Sinunu Bruni Becht LLP
>   222 Kearny Street
>   Seventh Floor
>   San Francisco, CA 94108-4521
>   msachs@ansbb.com
>
>   David J. Becht
>   Adams Nye Sinunu Walker
>   222 Kearny Street
>   Seventh Floor
>   One Jackson Place
>   San Francisco, CA 94108-4521
>
>   Bruce Grant Nye
>   Adams, Nye, Sinunu, Bruni & Becht, LLP
>   222 Kearny Street, Suite 700
>   San Francisco, CA 94108
>   bnye@ansbb.com
>
>   Owen Peter Martikan

United States Attorney
Northern District of California
450 Golden Gate Avenue
9th Floor
San Francisco, CA 94102
owen.martikan@usdoj.gov


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 29, 2007 in San Francisco, California.

            RICHARD W. WIEKING
            Clerk
            by:    Timothy J. Smagacz

            */s/ Timothy Smagacz*
            ADR Administrative Assistant
            415-522-4205
            Tim_Smagacz@cand.uscourts.gov