1  DAVID J. BECHT, SBN 104208
   MICHAEL SACHS, SBN 235048
2  ADAMS | NYE | SINUNU | BRUNI | BECHT  LLP
   222 Kearny Street, Seventh Floor
3  San Francisco, California  94108-4521
   Telephone: (415) 982-8955
4  Facsimile:  (415) 982-2042

5  Attorneys for Plaintiff
   KATHLEEN IMMEDIATO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10

11 | KATHLEEN IMMEDIATO, individually and | CASE NO. C 07-3008 MMC
12 | as real party in interest to the ESTATE OF
   | RALPH IMMEDIATO
13 |
   |     Plaintiff,
14 |
   | vs.                                   | **PROOF OF SERVICE**
15 |
   | UNITED STATES DEPARTMENT OF
16 | VETERAN'S AFFAIRS, CENTER FOR
   | REHABILITATION AND EXTENDED
17 | CARE
18 |     Defendant.

                        PROOF OF SERVICE

**PROOF OF SERVICE**

I am over the age of eighteen years, not a party to the above-captioned matter, and employed by Adams | Nye | Sinunu | Bruni | Becht LLP at 222 Kearny Street, Seventh Floor, San Francisco, California, where the service described below took place on the date set forth below.

**Person(s) Served:**

| | |
|---|---|
| Scott N. Schools, Esq., **United States Attorney** Joann M. Swanson, Esq. Chief, Civil Division Owen P. Martikan, Esq. Assistant United States Attorney 450 Golden Gate Avenue, 9th Floor San Francisco, CA 94102-3495 | **Attorneys for Defendant** Tel:   415/436-7241 Fax:  415/436-6748 Email: owen.martikan@usdoj.gov |

**Document(s) Served:**

CASE MANAGEMENT ORDER; and
STANDING ORDERS FOR CIVIL CASES ASSIGNED TO
THE HONORABLE MAXINE M. CHESNEY

**Manner of Service:**

____  **Mail:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service: such correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business in the county where I work. On the date set forth below, at my place of business, following ordinary business practices, I placed for collection and mailing by deposit in the United States Postal Service a copy of each Document Served, enclosed in a sealed envelope, with the postage thereon fully prepaid, each envelope being addressed to one of the Person(s) Served, in accordance with Code of Civil Procedure 1013(a).

__X__  **Electronic Service (E-mail):** The document(s) was/were served electronically.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  August 20, 2007

Signature: Maria Y. San Juan

*Immediato v. US - Dept of Veteran Affairs*
USDC, N. District of CA, No. C 07-03008 EMC
Our File No. ROG-00157

1.
PROOF OF SERVICE