SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7241
    Facsimile:    (415) 436-6748
    Email:       owen.martikan@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN IMMEDIATO, individually and as real party in interest to the ESTATE OF RALPH IMMEDIATO,<br><br>              Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>              Defendant. | No. C 07-03008 MMC<br>**E-FILING CASE**<br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**<br><br>Date: Friday, September 28, 2007<br>Time: 9:00am<br>Ctrm: 7, 19th Floor |

    PLEASE TAKE NOTICE that in light of plaintiff's amendment of her complaint, defendant The United States of America hereby withdraws its pending motion to dismiss.

                                              Respectfully submitted,

                                              SCOTT N. SCHOOLS
                                              United States Attorney

                                              /s/

Dated: September 5, 2007                        _____
                                              OWEN P. MARTIKAN
                                              Assistant United States Attorney