DAVID J. BECHT, SBN 104208
MICHAEL SACHS, SBN 235048
ADAMS | NYE | SINUNU | BRUNI | BECHT LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile: (415) 982-2042
Email:   msachs@ansbb.com

Attorneys for Plaintiff
KATHLEEN IMMEDIATO


SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7241
Facsimile: (415) 436-6748
Email:   owen.martikan@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| KATHLEEN IMMEDIATO, individually and as real party in interest to the ESTATE OF RALPH IMMEDIATO<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | CASE NO. CV 07-03008 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO THE ABOVE-ENTITLED COURT:

The parties, through their respective counsel, hereby advise this Court, and stipulate, as follows:

1.

1)  On August 17, 2007, the Court issued a Case Management Scheduling Order for this case, with an initial case management conference date of September 14, 2007 at 10:30 a.m.;

2) On August 29, 2007, Plaintiff Kathleen Immediato filed an Amended Complaint which eliminated as a defendant the United States Department of Veteran Affairs and added as the sole defendant to this matter, the United States of America;

3) Defendant United States of America has not been served or appeared in this case;

4) Plaintiff intends to serve Defendant United States of America with a summons and the Amended Complaint no later than September 14, 2007;

5) The parties wish to meet and confer to resolve as many disputes as possible prior to the Case Management Conference;

6) In light of the above, the parties respectfully request that this Court: (a) continue the pending Case Management Conference to the next convenient date and time for the Court **after** October 14, 2007, at which point Defendant United States of America will have been served and should have answered or filed other responsive pleadings; (b) that all deadlines, including the need for a joint case management statement and a rule 26 conference, run in accordance with this new Case Management Conference date.

Dated: September 4, 2007                ADAMS | NYE | SINUNU | BRUNI | BECHT  LLP


By:_____/s/_____
MICHAEL SACHS
Attorneys for Plaintiff
KATHLEEN IMMEDIATO


Dated: September 4, 2007


By:_____/s/_____
OWEN P. MARTIKAN
Attorneys for Federal Defendants

2.

STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. CV **07-03008 MMC**

1  [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

2

3  The parties having so stipulated and jointly requested the Court, and good cause appearing,

4      IT IS HEREBY ORDERED that the Case Management Conference, presently scheduled for

5  September 14, 2007 at 10:30 a.m., is continued to __October 19__, 2007 at 10:30 a.m.

6  and that all deadlines should run in accordance with this new case management conference date.

7  DATED: September 7, 2007

8                                      HON. MAXINE M. CHESNEY
                                    United States District Judge

3.