SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7314
   Facsimile:  (415) 436-6748
   E-mail:      ellen.fitzgerald@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN IMMEDIATO, individually and as real party in interest to the ESTATE OF RALPH IMMEDIATO,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 07-03008 MMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant hereby substitutes Assistant United States Attorney Ellen M. FitzGerald for Assistant United States Attorney Own Martikan as counsel for the defendant in the above-referenced action.  All future pleadings and correspondence to the United States should be directed to:

NOTICE OF SUBSTITUTION
No. C 07-03008 MMC

AUSA Ellen M. FitzGerald
United States Attorney's Office
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7314
Facsimile:  (415) 436-6748
ellen.fitzgerald@usdoj.gov

                                                Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney

DATED: September 12, 2007        By:       /s/
                                                ELLEN M. FITZGERALD
                                                Assistant United States Attorney

NOTICE OF SUBSTITUTION
No. C 07-03008 MMC