UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN IMMEDIATO, individually
and as real party in interest to the ESTATE
OF RALPH IMMEDIATO
                   Plaintiff(s),

v.

UNITED STATES OF AMERICA

                   Defendant(s).

CASE NO. CV 07-03008 MMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference October 19, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| David Becht | Plaintiff Kathleen Immediato | (415) 982-8955 | dbecht@ansbb.com |
| Ellen M. FitzGerald | Defendant United States of America | (415) 436-7314 | ellen.fitzgerald@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9/20/2007                                       /s/
                                                                      Attorney for Plaintiff

Dated: 9/20/2007                                       /s/
                                                                      Attorney for Defendant

Rev 12.05