IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN IMMEDIATO, | No. C-07-3008 MMC |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| U.S. DEPT. OF VETERANS AFFAIRS, | |
| Defendant. | |

**YOU ARE NOTIFIED** that due to the unavailability of the Court, the Initial Case Management Conference previously scheduled for Friday, October 19, 2007 has been re-scheduled to Friday, November 2, 2007 at 10:30 a.m. before the Honorable Maxine M. Chesney.

The parties are advised that a joint case management conference statement is due on or before Friday, October 26, 2007.

Please report to Courtroom 7, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

**FOR THE COURT,**

Richard W. Wieking, Clerk

Dated: September 27, 2007

*Tracy Lucero*
Tracy Lucero, Deputy Clerk