**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

**E-Filing**

Date: NOV 0 2 2007

C- 07- 3008 - MMC

Kathleen Immediato v. US Dept of Veterans Affairs

Attorneys: Michael Sachs    Ellen Fitzgerald

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) **Initial** Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 8/3/08.
Meet & confer by 9/15/08. Joint statement due by 7/25/08.

(✓) ORDER TO BE PREPARED BY:    Plntf____    Deft____    Court ✓

(✓) Referred to ~~Magistrate~~ **ADR** For: mediation - by agreement of parties - to be completed by 3/31/
   (✓) By Court

(✓) CASE CONTINUED TO    8/1/08 @ 10:30    for Further Status Conference

Discovery Cut-Off    4/1/08    Expert Discovery Cut-Off    6/30/08

Plntf to Name Experts by    5/2/08    Deft to Name Experts by    5/23/08

P/T Conference Date    10/21/08 @ 3:00    Trial Date    11/3/08 @ 9:00    Set for 2-3 days
Type of Trial: ( ) Jury    (✓) Court

Notes: _____