**United States District Court**
**Northern District of California**

1
2
3
4
5
6
7
8         # UNITED STATES DISTRICT COURT

9         ## Northern District of California

10    Immediato,                                          07-03008 MMC MED

11                    Plaintiff(s),              **Notice of Appointment of Mediator**

12             v.

13    United States Department of Veteran's

14    Affairs,

15                    Defendant(s).

16    TO COUNSEL OF RECORD:

17          The court notifies the parties and counsel that the Mediator assigned to this case

18    is:

19                              **John F. Barg**
                                Barg, Coffin, Lewis & Trapp
20                              Steuart Tower, Suite 2700
                                One Market
21                              San Francisco, CA 94105-1475
                                415-228-5400
22
          Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which
23
      governs the Mediation program.  The mediator will schedule a joint phone conference
24
      with counsel under ADR L.R. 6-6 and will set the date of the mediation session within
25
      the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.
26
      The court permits the mediator to charge each party its pro rata share of the cost of the
27
      phone conference.
28

      **Notice of Appointment of Mediator**
      07-03008 MMC MED                        - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR

2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: November 30, 2007

5                                              RICHARD W. WIEKING
                                               Clerk
6                                              by:    Claudia M. Forehand

7

8                                              ADR Case Administrator
                                               415-522-2059
9                                              Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03008 MMC MED                    - 2 -