DAVID J. BECHT, SBN 104208
MICHAEL SACHS, SBN 235048
ADAMS | NYE | TRAPANI | BECHT LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile: (415) 982-2042
Email: msachs@adamsnye.com

Attorneys for Plaintiff
KATHLEEN IMMEDIATO

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7314
Facsimile: (415) 436-6748
Email: ellen.fitzgerald@usdoj.gov

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| KATHLEEN IMMEDIATO, individually and as real party in interest to the ESTATE OF RALPH IMMEDIATO<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | CASE NO. CV 07-03008 MMC<br><br>**STIPULATION AND JOINT MOTION TO EXTEND DEADLINES; [PROPOSED] ORDER** |

1.

In accordance with Local Rule 6-2, Plaintiff Kathleen Immediato ("Plaintiff") and Defendant the United States of America ("Defendant") hereby stipulate and jointly move this Court for a brief extension of the fact discovery deadline and corresponding extensions to the other deadlines in this case. The parties also request a slight change in the trial date of this case.

Specifically, the Parties move to extend the following Deadlines:

| Event | Date Presently Set | Requested Extension |
|---|---|---|
| Completion of fact discovery | April 1, 2008 | May 1, 2008 |
| Plaintiff's Expert Disclosure | May 2, 2008 | June 2, 2008 |
| Defendant's Expert Disclosure | May 23, 2008 | June 23, 2008 |
| Expert Discovery Cut-off | June 30, 2008 | July 30, 2008 |
| Pre-Trial Status Conference | October 21, 2008 | December 23, 2008 |
| Trial | November 3, 2008 | January 5, 2009 |

As grounds for this motion the Parties state the following:

1. This is a claim for Professional Negligence, Wrongful Death, Survival and Elder Abuse related to Decedent Ralph Immediato's care at the Martinez Outpatient Clinic and Center for Rehabilitation and Extended Care ("CREC").

2. Discovery is actively underway. Plaintiff and Defendant have propounded and responded to written discovery. Defendant completed the deposition of Plaintiff on February 28, 2008. The Parties have additional depositions scheduled for March 19, March 20, and March 21, 2008.

3. The Parties have a mediation scheduled for March 31, 2008.

4. On March 2, 2008, Plaintiff's counsel requested dates for the depositions of three of Decedent's treating doctors at the CREC: Dr. Ingird Kwee, Dr. Gerhard Heinrich and Dr. Rita Hargrave.

5. On March 4, 2008, Defendant's counsel informed Plaintiff's counsel that she was unavailable for any additional depositions until April 2008 due to various previously scheduled appearances.

6. Defendant's counsel has also informed Plaintiff's counsel that she has a conflict with the present trial date, due to a trial scheduled in a separate case.

7. The Parties have met and conferred and the next date that both Parties are available for trial is January 5, 2009.

8. This is the first request for an extension to the trial date and discovery deadlines in this case.

9. Since both Parties stipulate to and join this motion, no party is prejudiced by extensions to the discovery cut off.

Accordingly, the Parties respectfully request that the Court grant the Parties Stipulation and Joint Motion to Extend Deadlines.

Dated: March 7, 2008                     ADAMS | NYE | TRAPANI | BECHT  LLP

                                         /s/
                                         By:_____
                                         MICHAEL SACHS
                                         Attorneys for Plaintiff
                                         KATHLEEN IMMEDIATO

Dated: March 7, 2008                     JOSEPH P. RUSSONIELLO
                                         United States Attorney

                                         /s/
                                         By:_____
                                         ELLEN M. FITZGERALD
                                         Assistant United States Attorney
                                         Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated:    March ____, 2008               _____
                                         **THE HONORABLE Maxine M. Chesney**
                                         United States District Judge

3.