United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  KATHLEEN IMMEDIATO,                      No. C-07-3008 MMC

12              Plaintiff,              **ORDER GRANTING IN PART AND**
                                        **DENYING IN PART STIPULATION AND**
13      v.                              **JOINT MOTION TO EXTEND**
                                        **DEADLINES**
14  UNITED STATES OF AMERICA,

15              Defendant

16  ——————————————————————————————/

17

18      Before the Court is the "Stipulation and Joint Motion to Extend Deadlines," filed by

plaintiff Kathleen Immediato and defendant United States of America on March 11, 2008.

19

20      Good cause appearing therefrom with respect to an extension of the discovery

deadlines, the Court hereby GRANTS the motion in part, and amends the Pretrial

21

Preparation Order as follows:

22

23      Non-Expert Discovery Cutoff:        May 1, 2008

Plaintiff's Expert Disclosure:       June 2, 2008

24

Defendant's Expert Disclosure:       June 23, 2008

25

Expert Discovery Cutoff:             July 30, 2008

26

Deadline to File Dispositive Motions:  August 22, 2008, to be noticed for
                                       hearing 35 days thereafter
27

28  //

1         To the extent the parties seek an extension of the trial date and Pretrial Conference,

2    the motion is hereby DENIED, for the reason the parties have failed to show good cause for

3    such extension.

4         **IT IS SO ORDERED.**

5

6    Dated:  March 13, 2008

7                                      MAXINE M. CHESNEY
                                  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28