# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Immediato,<br><br>    Plaintiff(s),<br><br>    v.<br><br>US Department of Veteran's Affairs,<br><br>    Defendant(s). | No. C 07-03008 MMC MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __31 March 2008__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☒ no

4. IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO

Dated: __2 April 2008__

_[signature]_
Mediator, John F. Barg
Barg, Coffin, Lewis & Trapp
Steuart Tower, Suite 2700
One Market
San Francisco, CA 94105-1475

**Certification of ADR Session**
07-03008 MMC MED