DAVID J. BECHT, SBN 104208
MICHAEL SACHS, SBN 235048
ADAMS | NYE | TRAPANI | BECHT  LLP
222 Kearny Street, Seventh Floor
San Francisco, California  94108-4521
Telephone: (415) 982-8955
Facsimile:  (415) 982-2042
Email:       msachs@adamsnye.com

Attorneys for Plaintiff
KATHLEEN IMMEDIATO


JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7314
Facsimile:  (415) 436-6748
Email:       ellen.fitzgerald@usdoj.gov

Attorneys for Defendant United States of America

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| KATHLEEN IMMEDIATO, individually and as real party in interest to the ESTATE OF RALPH IMMEDIATO<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | CASE NO. CV 07-03008 MMC<br><br>**STIPULATION AND JOINT MOTION TO EXTEND DEADLINES AND REQUEST FOR A SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE; [PROPOSED] ORDER** |

1.

In accordance with Local Rule 6-2, Plaintiff Kathleen Immediato ("Plaintiff") and Defendant the United States of America ("Defendant") hereby stipulate and jointly move this Court for a brief extension of the expert disclosure deadline and corresponding extensions to the other deadlines in this case, including the trial date of this case. The parties also request that this matter be sent to a Magistrate Judge for a settlement conference as soon as practical.

As grounds for this motion the parties state the following:

1. This is a claim for Professional Negligence, Wrongful Death, Survival and Elder Abuse related to Decedent Ralph Immediato's care at the Martinez Outpatient Clinic and Center for Rehabilitation and Extended Care ("CREC").

2. This is the second request for an extension in this case. The Court previously granted a one month extension to all discovery related deadlines.

3. Fact discovery was completed on May 1, 2008 in accordance with the Court's previous ruling.

4. The Parties participated in court ordered mediation on March 31, 2008 before John Barg. While the case did not resolve at that time, the parties made significant progress towards a potential settlement of this matter.

5. There currently deadline for disclosure of Plaintiff's experts is June 2, 2008.

6. In preparation for this disclosure, Plaintiff will incur substantial costs.

7. Given the relative value of this case, once the Plaintiff incurs these expenses, a settlement of this matter will become less likely.

8. Both parties feel that this case would benefit from a settlement conference before a Magistrate Judge.

Therefore, the parties ask that the Court assign this matter to a settlement conference with a Magistrate Judge as soon as practical. The parties also ask that all deadlines, beginning with the disclosure of Plaintiff's experts, be set one month after the date of any settlement conference. This will allow the parties to continue to attempt settlement of this matter, without Plaintiff incurring substantial costs which will make settlement less likely.

2.

Accordingly, the parties respectfully request that the Court grant their Stipulation and Joint Motion to Extend Deadlines and Request for a Settlement Conference before a Magistrate Judge.

Dated: May 5, 2008                               ADAMS | NYE | TRAPANI | BECHT  LLP

                                                              /s/
                                                 By:_____
                                                     MICHAEL SACHS
                                                     Attorneys for Plaintiff
                                                     KATHLEEN IMMEDIATO

Dated: May 5, 2008                               JOSEPH P. RUSSONIELLO
                                                 United States Attorney

                                                              /s/
                                                 By:_____
                                                     ELLEN M. FITZGERALD
                                                     Assistant United States Attorney
                                                     Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated:    May _____, 2008            _____

                                     **THE HONORABLE Maxine M. Chesney**
                                     United States District Judge

3.