IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


KATHLEEN IMMEDIATO,                          NO.  C-07-3008 MMC

      Plaintiff,                           **AMENDED PRETRIAL**
                                           **PREPARATION ORDER**
  v.

UNITED STATES OF AMERICA,

      Defendant
_____/

    It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE:  Monday, January 26, 2009 at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be   10 to 15   days.

DISCOVERY PLAN:  Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF :   May 1, 2008  .

DESIGNATION OF EXPERTS:

    Plaintiff/Defendant:  No later than    August 8, 2008   .
    Plaintiff/Defendant: Rebuttal no later than    August 29, 2008  .

    Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF :    October 3, 2008   .

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than     October 31, 2008    , and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge Edward M. Chen on July 24, 2008, his calendar permitting.

PRETRIAL CONFERENCE DATE:  January 13, 2009    at **3:00 p.m.**

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.** Counsel shall be prepared to discuss all aspects of the case, including settlement. Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5)):  Lead trial counsel shall meet and confer no later than December 1, 2008.

FURTHER STATUS CONFERENCE:  Friday,  October 24, 2008 , at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday,  October 17, 2008 .


DATED:  May 27, 2008

_____
MAXINE M. CHESNEY
United States District Judge