IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


KATHLEEN IMMEDIATO,                          NO.  C-07-3008 MMC

        Plaintiff,                            **SECOND AMENDED PRETRIAL**
                                             **PREPARATION ORDER**[1]

    v.

UNITED STATES OF AMERICA,

        Defendant
_____/

      It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the
Local Rules of this Court:

COURT TRIAL DATE:  Monday, <u>January 26, 2009</u> at 9:00 a.m., Courtroom 7, 19th
floor.

TRIAL LENGTH is estimated to be <u>   2 to 3   </u> days.

DISCOVERY PLAN:  Per Federal Rules of Civil Procedure and Local Rules, subject to
      any provisions below.

NON-EXPERT DISCOVERY CUTOFF : <u>  May 1, 2008   </u>.

DESIGNATION OF EXPERTS:

      Plaintiff/Defendant:  No later than <u>   August 8, 2008     </u>.
      Plaintiff/Defendant: Rebuttal no later than <u>   August 29, 2008   </u>.

      Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF : <u>   October 3, 2008   </u>.

---

      [1]This order amends the order filed May 27, 2008 to reflect that the trial is a court
trial, not a jury trial, and to set forth the correct estimated trial length.

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than ____October 31, 2008_____, and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge Edward M. Chen on July 24, 2008, his calendar permitting.

PRETRIAL CONFERENCE DATE:  _January 13, 2009___  at **3:00 p.m.**

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.**  Counsel shall be prepared to discuss all aspects of the case, including settlement.  Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5)):  Lead trial counsel shall meet and confer no later than December 1, 2008.

FURTHER STATUS CONFERENCE:  Friday,  _October 24, 2008 _, at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday,  _October 17, 2008 _.


DATED:  May 29, 2008

_Maxine M. Chesney_
MAXINE M. CHESNEY
United States District Judge