```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  ELLEN M. FITZGERALD (NY 2408805)
    Assistant United States Attorney
 4  450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
 5  Tel:  (415) 436-7314
    Fax: (415) 436-6748
 6  E-mail: ellen.fitzgerald@usdoj.gov

 7  Attorneys for Defendant United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN IMMEDIATO, individually and as real party in interest to the ESTATE OF RALPH IMMEDIATO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. C 07-03008 MMC<br><br>**STIPULATION TO CONTINUE DATE FOR SETTLEMENT CONFERENCE;[PROPOSED] ORDER** |

Subject to this Court's approval, plaintiff, Kathleen Immediato, and defendant, the United States of America, by and through their undersigned counsel, hereby stipulate to continue the date for the settlement conference from July 24, 2008 to August 25, 2008.

The extension is necessary to allow additional time for counsel for the Veterans Administration, who is located in Washington, D.C., to make arrangements to participate in the settlement conference.

//

//

STIPULATION TO CONTINUE DATE FOR SETTLEMENT CONFERENCE; [PROPOSED] ORDER
C 07-03008 MMC

1  IT IS SO STIPULATED:

2  Dated: July 24, 2008

3                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
4

5                      By:         /s/
                                 ELLEN M. FITZGERALD
6                                Assistant United States Attorney
                                 Attorneys for Defendant
7

8  Dated: July 24, 2008

9                                          ADAMS, NYE, TRAPANI, BECHT LLP

10

11                     By:         /s/
                                 MICHAEL SACHS
12                               Attorneys for Plaintiff

13

14     APPROVED AND SO ORDERED:

15     The new date for the settlement conference is August 25, 2008.

16

17  DATED: _____              _____
                                     EDWARD M. CHEN
18                                   United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28  STIPULATION TO CONTINUE DATE FOR SETTLEMENT CONFERENCE; [PROPOSED] ORDER
    C 07-03008 MMC                   2