**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**        August 25, 2008

**Court Reporter:**     FTR 082508 (1:51 - 1:54)

**Case No.:**    C-07-3008 MMC (EMC)

**Case Name:**   Kathleen Immediato v. United States Department of Veteran's Affairs

**Counsel:**
**Plf:**   Michael B. Sachs                    **Def:**   Ellen Fitzgerald

**Outcome of Settlement Conference:**

    __ X __            Settled

    _____            Partial settlement

    _____            Did not settle

    _____            Other:

**Notes:**

**Time:** 4.0 hours

                                                                                      /s/
                                                                         Leni Doyle, Deputy Clerk

cc:    EMC, MMC