1  DAVID J. BECHT, SBN 104208
   MICHAEL SACHS, SBN 235048
2  ADAMS | NYE | TRAPANI | BECHT LLP
   222 Kearny Street, Seventh Floor
3  San Francisco, California 94108-4521
   Telephone: (415) 982-8955
4  Facsimile:   (415) 982-2042
   Email: msachs@adamsnye.com
5
   Attorneys for Plaintiff
6      KATHLEEN IMMEDIATO

7  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
8  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
9  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
10 450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
11 Telephone: (415) 436-7314
   Facsimile:   (415) 436-6748
12 Email: ellen.fitzgerald@usdoj.gov

13 Attorneys for Defendant
       UNITED STATES OF AMERICA
14

15              IN THE UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

17

18 | KATHLEEN IMMEDIATO,           | No. CV-07-03008 MMC
19 |                    Plaintiff, | STIPULATION OF DISMISSAL
20 |            vs.                | AND ORDER THEREON
21 | UNITED STATES OF AMERICA,     |
22 |                    Defendant. |

23 ///
24 ///
25 ///
26
27
28

1  The parties having resolved this matter, it is hereby stipulated that this matter may and shall be
2  dismissed with prejudice.

3  Dated: November ___, 2008,   ADAMS | NYE | TRAPANI | BECHT  LLP

5  By: _____
6  MICHAEL SACHS
   Attorneys for Plaintiff
7  KATHLEEN IMMEDIATO

9  Dated: November 17, 2008   JOSEPH P. RUSSONIELLO
                              United States Attorney

12  By: _____
13  ELLEN M. FITZGERALD
    Assistant United States Attorney
14  Attorneys for Defendant

16  **ORDER**

17  PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

19  Dated:    November 18, 2008    By: _____
20                                  THE HONORABLE MAXINE M. CHESNEY
                                    United States District Judge
21                                  Northern District of California –
                                    San Francisco

---

Case Number: CV 07-03008 MMC    STIPULATION OF DISMISSAL

2